# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

147020(21)(22)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BABASHOLA ABE,
    Plaintiff-Appellant,

v

SC: 147020
COA: 310585
Ingham CC: 11-000101-MZ

MICHIGAN STATE UNIVERSITY,
    Defendant-Appellee.

_____/

   On order of the Court, the motion for reconsideration of this Court's September 3, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



          Clerk

p1118